NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**01 COMMUNIQUE LABORATORY, INC.,**
*Plaintiff-Appellant,*

**v.**

**LOGMEIN, INC.,**
*Defendant-Cross Appellant.*

_____

2013-1479, -1525

_____

Appeals from the United States District Court for the Eastern District of Virginia in No. 10-CV-1007, Senior Judge Claude M. Hilton.

_____

## JUDGMENT

_____

THOMAS H. SHUNK, Baker & Hostetler LLP, of Cleveland, Ohio, argued for plaintiff-appellant. With him on the brief were JOHN P. CORRADO, KENNETH J. SHEEHAN, A. NEAL SETH, and CHARLES C. CARSON, of Washington, DC.

MARK C. FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for defendant-cross appellant. With him on the brief were WAYNE L. STONER, VINITA FERRERA and DANA O. BURWELL; and ARTHUR W. COVIELLO, of Palo Alto, California.

-----------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST,[*] *Chief Judge*, BRYSON and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2014
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court

-----------------------

[*]     Sharon Prost assumed the position of Chief Judge on May 31, 2014.